IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

   vs.        CASE. NO. 3:00CR096-02 (SEC)

FERNANDO TORRES-FERNANDEZ
* * * * * * * * * * * * *

MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE
CONDITIONS AND REQUEST FOR A WRITTEN REPRIMAND

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

  COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, presenting an official report upon the conduct and attitude of offender, Fernando Torres-Fernández, who on June 13, 2002, was sentenced to time served followed by a five (5) year supervised release term after he plead guilty to violating Title 21 U.S.C. §841(a)(1). A special monetary assessment in the amount of $100 was ordered. The offender was also ordered to provide financial disclosure.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender incurred in the following violations:

  **1. STANDARD CONDITION NO. 1 - "THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER."**

On January 11, 2006, upon questioning, the offender admitted that he had traveled to Florida without permission and/or authorization from this office. He informed that he was given short notice and wanted to accompany his family on vacation by the end of the year. Upon verification, it was confirmed that he traveled with his wife and children from December 27, 2005 to January 3, 2006, to Orlando Florida.

**WHEREFORE**, in light of the aforementioned, it is respectfully requested that, unless ruled otherwise, a written reprimand be issued to Mr. Fernando Torres-Fernández and he be sternly admonished for his failure to comply with his supervised release conditions. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 24th day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

YVO/

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 24th, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edwin O. Vázquez, Assistant U.S. Attorney, and Juan A. Pedroza-Trapaga, Esq.

In San Juan, Puerto Rico, this 24th day of March, 2006.

                                          s/Yvette Villegas-Otero
                                          Yvette Villegas-Otero
                                          U.S. Probation Officer
                                          Federal Office Building, Office 400
                                          San Juan, PR 00918
                                          787-766-3630
                                          787-766-5945
                                          Yvette_Villegas@prp.uscourts.gov