AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

UNITED STATES OF AMERICA,                **APPEARANCE**

v.                                        CRIMINAL NUMBER: 00-096 (SEC)

FERNANDO TORRES-FERNANDEZ

To the Clerk of this court and all parties of record:

    Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Edwin O. Vazquez-Berrios be terminated.

March 9, 2006          /s/ Warren Vázquez
*Date*          *Signature*

        *WARREN VAZQUEZ, AUSA*
        *Print Name*

        Room 1201, Torre Chardon,
        350 Carlos Chardon Street
        Hato Rey, Puerto Rico 00918
        Address

        (787) 766-5656
        Phone Number
        warren.vazquez@usdoj.gov
        E-mail Address

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date March 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

                                         */s/ Warren Vázquez*
                                         WARREN VAZQUEZ, AUSA
                                         Torre Chardón, Suite 1201
                                         350 Carlos Chardón Avenue
                                         Hato Rey, Puerto Rico 00918
                                         (787) 766-5656
                                         E-mail Address: warren.vazquez@usdoj.gov