UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
              v.                  Criminal No. 00-96(SEC)
FERNANDO TORRES-FERNANDEZ
    Defendant

O R D E R

| MOTION | RULING |
|---|---|
| **Dockets # 894 Motion Notifying Violation of Supervised Release Conditions and Request for a Written Reprimand** | **NOTED and GRANTED**. Co-defendant Fernando Torres-Fernández's U.S. Probation Officer filed a motion informing the Court as to Co-defendant Torres-Fernández's violation of certain conditions of his supervised release (Docket # 894). The Court hereby **REPRIMANDS** Co-defendant Torres-Fernández for his violations of the conditions of his release and forewarns him that any further violations will result in the revocation of his supervised release. |

DATE:   March 30, 2006

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge